

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2016

No. 04-16-00078-CV

**CODY TEXAS, L.P.**,
Appellant

v.

**BPL EXPLORATION, LTD.**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,665
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellee's third motion for extension of time to file brief is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court